## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.** 1 ■ 2 6 C R  0 1 4 |
| **Plaintiff,** | : | **JUDGE** |
| | : | DLOTT |
| **v.** | : | **INDICTMENT** |
| | : | **18 U.S.C. § 922(o)** |
| **RODRICK MEATCHEM-WHITE,** | : | |
| | : | **FORFEITURE ALLEGATION** |
| **Defendant.** | : | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Illegal Possession of a Machinegun)

On or about October 17, 2025, in the Southern District of Ohio, the defendant, **RODRICK MEATCHEM-WHITE**, knowingly possessed a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a machinegun conversion device, which modified a Glock, Model 19, 9mm pistol (S/N: BXPR957), to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in the Indictment, the defendant, **RODRICK MEATCHEM-WHITE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, a Glock, Model 19, 9mm pistol (S/N: BXPR957), with any attachments and ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

_/S/_

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**RYAN A. KEEFE**
**ASSISTANT UNITED STATES ATTORNEY**

2

